# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth Placzek,<br><br>      Plaintiff,<br><br>vs.<br><br>Mayo Clinic, and<br>Mayo Clinic Health System-Southeast Minnesota Region,<br><br>      Defendants. | Court File No. 0:18-cv-02952-JNE-KMM<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Mayo Clinic and Mayo Clinic Health System Mayo Clinic Health System-Southeast Minnesota Region, respectfully move this Court for an order:

1. Granting Defendants' Motion for Summary Judgment in its entirety;

2. Dismissing Plaintiff's Amended Complaint in its entirety and with prejudice; and

3. Awarding Defendant its reasonable fees and expenses incurring in bringing this Motion.

This Motion is based upon Rule 56 of the Federal Rules of Civil Procedure, and upon the forthcoming Memorandum in Support of Defendants' Motion for Summary Judgment and all supporting documents, which will be filed and served in accordance with Local Rule 7.1, and upon the files, records and proceedings herein.

Date: January 31, 2020.

*s/ George R. Wood*
George R. Wood (#0166017)
gwood@littler.com
Jessica J. Bradley (#0392447)
jbradley@littler.com
**LITTLER MENDELSON, P.C.**
1300 IDS Center, 80 South 8th Street
Minneapolis, MN  55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANTS**

4828-5839-0703.1 087104.1011